UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
             Plaintiff,

vs.

ELEVEN THOUSAND ONE HUNDRED THIRTY NINE DOLLARS AND NINETY ONE CENTS IN U.S. CURRENCY ($11,139.91), FROM COMERICA BANK ACCOUNT #XXXX-XXXXXX3967; ELEVEN THOUSAND SEVEN HUNDRED FORTY DOLLARS AND SIXTY ONE CENTS IN U.S. CURRENCY ($11,740.61) FROM COMERICA BANK ACCOUNT #XXXX-XX-0355; SIXTEEN THOUSAND EIGHT HUNDRED SEVEN DOLLARS AND SEVENTY FIVE CENTS IN U.S. CURRENCY ($16,807.75) FROM COMERICA BANK ACCOUNT #XXXXX1535;
             Defendants *In Rem.*
_____/

Civil No. 08-14611
Honorable Patrick J. Duggan
Magistrate Michael J. Hluchaniuk

## ORDER GRANTING APPLICATION FOR ORDER SEALING AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF ORDER STAYING CIVIL FORFEITURE PROCEEDING

      This matter has come before this Court pursuant to the Ex Parte Application of the United States. This Court has reviewed the pleading submitted, and being aware of the nature of the matter presented to it, and the stated need for sealing;

      IT IS HEREBY ORDERED that the Application is GRANTED. The affidavit in Support of the Motion for Entry of Order Staying Civil Forfeiture Proceeding in this matter shall be filed under seal and remained sealed until the further order of this Court.

                      S/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: January 26, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2009, by electronic and/or ordinary mail.
                      S/Marilyn Orem
                      Case Manager