UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Civil No. 08-14611
Honorable Patrick J. Duggan
Magistrate Michael J. Hluchaniuk

ELEVEN THOUSAND ONE HUNDRED THIRTY NINE DOLLARS AND NINETY ONE CENTS IN U.S. CURRENCY ($11,139.91), FROM COMERICA BANK ACCOUNT #XXXX-XXXXXX3967; ELEVEN THOUSAND SEVEN HUNDRED FORTY DOLLARS AND SIXTY ONE CENTS IN U.S. CURRENCY ($11,740.61) FROM COMERICA BANK ACCOUNT #XXXX-XX-0355; SIXTEEN THOUSAND EIGHT HUNDRED SEVEN DOLLARS AND SEVENTY FIVE CENTS IN U.S. CURRENCY ($16,807.75) FROM COMERICA BANK ACCOUNT #XXXXX1535;

Defendants *In Rem.*
_____________________________________________/

**STIPULATION AGREEING TO RELEASE FUNDS TO CLAIMANT & WITHDRAWING CLAIMANT'S MOTION TO LIFT STAY AND RELEASE UNTAINTED FUNDS**

Now come the Plaintiff, United States by and through its counsel, BARBARA L. McQUADE, United States Attorney, and PHILIP A. ROSS, Assistant United States Attorney, and Dr. Jose Castro-Ramirez, by and through counsel, Allen M. Wolf, Esquire, who enter into this Stipulation for entry of an Order Releasing Funds to Claimant and withdrawing Claimant's Motion To Lift Stay For Hearing To Release Untainted Funds (Docket No. 20) as evidenced by their signatures below, under the terms and conditions hereinafter set forth:

WHEREAS, on January 22, 2010, Claimant filed a Motion To Lift Stay For Hearing To Release Untainted Funds seeking the release of funds seized in order to pay his defense in United States v. Chand, et. al, (09-cr-20215, Cox, J.);

WHEREAS the parties wish to resolve this matter without further litigation and expenses;

WHEREAS, the parties are aware of their respective rights in this matter;

NOW THEREFORE IT IS HEREBY, agreed upon by the parties, the UNITED STATES OF AMERICA, by and through its counsel, BARBARA L. MCQUADE, United States Attorney, and PHILIP A. ROSS, Assistant United States Attorney, and Claimant, Dr. Jose Castro-Ramirez, by and through his counsel, ALLEN M. WOLF, to the following:

1) Claimant, Dr. Jose Castro-Ramirez, agrees to withdraw his Motion To Lift Stay and Release Untainted Funds, Docket No. 20.

2) The United States agrees that Eleven Thousand Seven Hundred Forty Dollars and Sixty One Cents in U.S. Currency ($11,740.61) seized from Comerica Bank Account No. XXXX-XX-0355 **SHALL BE RETURNED** to Claimant by the United States Marshals Service through counsel for Claimant, Allen M. Wolf.

3) Claimant, Dr. Jose Castro-Ramirez further agrees to release, remise and forever discharge the plaintiff, United States of America, and its agents, officers, employees, past and present, and all other persons, including but not limited to any individual local law enforcement officers or departments or agencies assisting in any manner in the facts, events and circumstances giving rise to the complaint filed herein, from all claims or causes of action which claimants, and his agents, officers, employees, past and present, and which claimant and his assigns, agents, officers employees and successors in interest hereafter can, shall or may have for, or on account of the incidents or circumstances giving rise to the seizure of Eleven Thousand Seven Hundred Forty Dollars and Sixty One Cents in U.S. Currency ($11,740.61) seized from

Comerica Bank Account No. XXXX-XX-0355.

4. The parties agree that the remaining funds Eleven Thousand One Hundred ELEVEN Thirty Nine Dollars and Ninety One Cents in U.S. Currency ($11,139.91), FROM COMERICA BANK ACCOUNT #XXXX-XXXXXX3967 and Sixteen Thousand Eight Hundred Seven Dollars and Seventy Dollars and Seventy-Five Cents ($16,807.75) FROM COMERICA BANK ACCOUNT #XXXXX1535 **SHALL REMAIN DEPOSITED** with the United States Marshals Service.

5. The parties agrees that the Stay imposed by order of this court on March 4, 2009, shall remain in place until further order of this court.

6. The parties agree that each party shall bear its own costs in this matter.

**WHEREFORE**, the parties stipulate to entry of the following Order.

AGREED TO IN FORM AND SUBSTANCE.

Respectfully submitted,
Barbara L. McQuade
United States Attorney

s/Philip A. Ross
Philip A. Ross
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9790
Email: philip.ross@usdoj.gov
VA State Bar No. 70269

Dated: 2/16/2010

s/Allen M. Wolf, Esq.
Allen M. Wolf, Esquire (P31759)
Attorney for Claimant
436 S. Broadway, Suite C
Lake Orion, MI 48362
(248) 693-6245
Email: awolf@lawwolf.com

Dated: 2/16/2010
s/Jose Castro Ramirez
Dr. Jose Castro-Ramirez
Claimant (signature page attached)

**IT IS SO ORDERED.**

**S/Patrick J. Duggan**

**Patrick J. Duggan**
**United States District Judge**

**Dated: February 16, 2010**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on February 16, 2010, by electronic and/or ordinary mail.**

**S/Marilyn Orem**
**Case Manager**

Respectfully submitted,

Barbara L. McQuade
United States Attorney

Philip A. Ross
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9790
Email: philip.ross@usdoj.gov
VA State Bar No. 70269

Dated: 2/16/10

Allen M. Wolf, Esquire (P31759)
Attorney for Claimant
436 S. Broadway, Suite C
Lake Orion, MI 48362
(248) 693-6245
Email: awolf@lawwolf.com

Dated: 2/16/2010

Dr. Jose Castro-Ramirez
Claimant

*****************

**IT IS SO ORDERED.**

Dated: ________________

HONORABLE PATRICK J. DUGGAN
United States District Judge